NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYTEE PRODUCTS, INC.,**
*Plaintiff-Appellant,*

v.

**HARRIS RESEARCH, INC.,**
*Defendant-Cross Appellant,*

AND

**DOES 1 THROUGH 20,**
*Defendants.*

---

2010-1207, -1226

---

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

---

**ON MOTION**

---

**ORDER**

Mytee Products, Inc. moves for a 25-day extension of time, until October 18, 2010, to file a reply brief. Harris Research, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted

FOR THE COURT

OCT 2 1 2010
————————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony J. Dain, Esq.
     Shaun L. Peck, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 1 2010

JAN HORBALY
CLERK